MICHAEL BAILEY
United States Attorney
District of Arizona
DAVID A. PIMSNER
Arizona State Bar No. 007480
TODD M. ALLISON
Arizona State Bar No. 026936
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: david.pimsner@usdoj.gov
Email: Todd.Allison@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-20-08098-PCT-SPL (ESW) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 844(e)<br>(Threats to Damage and Destroy a Building by Means of Fire)<br>Count 1 |
| Loren Reed, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between May 30, 2020 and June 2, 2020, in the District of Arizona, the defendant, LOREN REED, through the use of the internet and telephone, instruments of interstate or foreign commerce, willfully made a threat, and alternatively, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made, to unlawfully damage and destroy the Page Magistrate Court building, all by means of fire.

…

…

All in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: September 29, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/

DAVID A. PIMSNER
TODD M. ALLISON
Assistant U.S. Attorney