**✎AO 435**
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
**DUE DATE:**

| 1. NAME _Creede Newton_ | 2. PHONE NUMBER _202-931-5077_ | 3. DATE _3/2/21_ |
|---|---|---|

4. FIRM NAME _Al Jazeera English_

| 5. MAILING ADDRESS _3100 Wisconsin Ave_ | 6. CITY _Washington_ | 7. STATE _DC_ | 8. ZIP CODE _20016_ |
|---|---|---|---|

| 9. CASE NUMBER _3:20-CR-08098_ | 10. JUDGE _Steven Logan_ | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. _6/02/2020_   12. _Ongoing_ |

| 13. CASE NAME _USA v. Reed_ | LOCATION OF PROCEEDINGS |
|---|---|
| | 14. _Phoenix_   15. STATE _AZ_ |

**16. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) _Detention Hearing_ | _10/19/2020_ |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | | |
| 14 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 7 DAYS(expedited) | [ ] | [ ] | | | |
| 3 DAYS | [ ] | [ ] | | [x] PDF (e-mail) | |
| DAILY | [ ] | [x] | 0 | | |
| HOURLY | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| REALTIME | [ ] | [ ] | | | |

E-MAIL ADDRESS _Newtonc@aljazeera.net_

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE:  IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

| 19. SIGNATURE _Creede Newton_ | |
|---|---|
| 20. DATE _3/24/2021_ | |

TRANSCRIPT TO BE PREPARED BY

ESTIMATE TOTAL

| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY