DOUGLAS A. PASSON, #017423
Law Offices of Doug Passon, PC
PO Box 4425
Scottsdale, AZ  85261
Telephone:  480.448.0086
Attorney for Defendant
doug@dougpassonlaw.com

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>LOREN REED,<br><br>Defendant | CR-20-08098-PCT-SPL (ESW)<br><br>**MOTION FOR PRODUCTION OF GRAND JURY TRANSCRIPTS**<br><br>**(Oral Argument & Evidentiary Hearing Requested)** |

Loren Reed, through undersigned counsel, respectfully requests that this Court enter an order directing production of grand jury transcripts.   This Motion is made pursuant to the Fifth Amendment to the United States Constitution and Rule 6(e)(3)(C)(ii) of the Federal Rules of Criminal Procedure.   Mr. Reed supports this motion with the following Memorandum of Points and Authorities.

It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(1)(F) may occur as a result of this motion or from an order based thereon

Respectfully submitted:  April 2, 2021.

DOUGLAS A. PASSON
Law Offices of Doug Passon, PC

*s/ Douglas A. Passon*
DOUGLAS A. PASSON
Attorney for the Defendant

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

The government indicted Mr. Reed on one count of Threats to Damage and Destroy a Building by Means of Fire, 18 U.S.C. § 844 (e).  Federal law permits the disclosure of grand jury transcripts upon "a showing that grounds may exist for a motion to dismiss because of matters occurring before the grand jury."  Fed. R. Crim. P. 6(e)(3)(C)(ii) (2001). The Ninth Circuit Court of Appeals has held that the district court should grant the motion upon a showing of "probable grounds for a motion to dismiss the indictment" or upon a showing of a "particularized need."  *See United States v. Shah*, 878 F.2d 272, 274 (9th Cir. 1988) ("probable grounds"); *United States v. Perez*, 67 F.3d 1371, 1381 (9th Cir. 1995) ("particularized need"), *rev'd on different grounds*, 116 F.3d 840 (9th Cir. 1997).

Mr. Reed's motion to dismiss asserts, among other things, that the Government likely presented an inaccurate, incomplete, or misleading presentation to the grand jury.  Doc. #51 (*Motion to Dismiss Due to Likely Presentation of Inaccurate, Incomplete, or Misleading Information to Grand Jury*).  The grand jury transcripts are therefore necessary to support the claims at issue and to safeguard Mr. Reed's right "not to be tried" upon anything short of indictment by a grand jury.  The defense is entitled to disclosure of all grand jury transcripts, as he has raised both a probable grounds for dismissal and a particularized need.

2

Respectfully submitted:  April 2, 2021.

DOUGLAS A. PASSON
Law Offices of Doug Passon, PC

*s/ Douglas A. Passon*
DOUGLAS A. PASSON
Attorney for the Defendant

Copy of the foregoing transmitted
by ECF for filing April 2, 2021, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

DAVID PIMSNER
KEVIN HAKALA
Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy mailed to:

LOREN REED
Defendant

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28