DOUGLAS A. PASSON, #017423
Law Offices of Doug Passon, PC
PO Box 4425
Scottsdale, AZ  85261
Telephone:  480.448.0086
Attorney for Defendant
doug@dougpassonlaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-20-08098-PCT-SPL (ESW) |
|---|---|
| Plaintiff, | **MOTION TO DISMISS FOR SELECTIVE ENFORCEMENT & SELECTIVE PROSECUTION; MOTION FOR DISCOVERY** |
| vs. | |
| LOREN REED, | |
| Defendant | |

Loren Reed, through undersigned counsel, makes this motion to dismiss for selective enforcement and selective prosecution.  Mr. Reed further requests that the Court order disclosure of information solely in possession of the government that undersigned counsel believes will provide additional evidentiary support for this motion.  This motion is made pursuant to the First, Fifth, and Fourteenth Amendments to the U.S. Constitution.  The motion is supported by the attached memorandum of points and authorities.

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) may result from this motion or from an order based thereon.

. . .

1

Respectfully submitted:  April 2, 2021.

DOUGLAS A. PASSON
Law Offices of Doug Passon, PC

<u>s/ Douglas A. Passon</u>
DOUGLAS A. PASSON
Attorney for the Defendant

## **MEMORANDUM OF POINTS AND AUTHORITIES**

I.  **RELEVANT FACTS.**

**A. Government Response to Loren Reed's Social Media Speech.**

This case arises from incidents that happened during the midst of nationwide protests against police brutality in the wake of the killing of George Floyd, by Minneapolis police officer Derek Chauvin.  Having witnessed what appeared to be the brutal murder of an unarmed African American male, Americans took to the streets, to the internet and to the airwaves in protest.  One such American was Loren Reed, a young person of color, a Navajo male, born and raised in Page, Arizona.

Loren has been active on social media for some time and has some 3000 followers on Facebook. *See*, https://www.facebook.com/inthis.nightmare.

After Floyd was killed, Loren used his Facebook platform to voice his views on police brutality, racism, and government officials, primarily Donald Trump, who was president at the time.  From May 29, 2020 to the date of his arrest on June 2, 2020, he posted hundreds of memes, posts, videos, etc.,

2

expressing his views and engaging his followers in debate.  *See*, https://www.facebook.com/inthis.nightmare.  He was very provocative on this platform, especially concerning his thoughts about police brutality.  *Id*.

Loren's profile picture on Facebook is the iconic "raised fist", which is widely recognized as a universal symbol for solidarity, and a symbol of anti-racist protests.  *See, e.g., The history of the raised fist, a global symbol of fighting oppression*, National Geographic Online, James Stout (Aug. 3, 2020)( https://www.nationalgeographic.co.uk/history-and-civilisation/2020/08/the-history-of-the-raised-fist-a-global-symbol-of-fighting).  The raised fist symbol became the official gesture for the Black Lives Matter (BLM) movement after the death of African American teenager Michael Brown in 2014.  *See*, https://en.wikipedia.org/wiki/Black_Lives_Matter_art.  His profile "banner" is a satirical picture of the actress Julie Andrews from the classic film "The Sound of Music", holding guns, stating, "The hills are alive with the sound of Anarchy".  Loren has always used humor, often dark humour to engage others on and offline.  *See*, *Indigenous Man Faces 10 Years for Facebook Posts*, Al Jazeera News (1/19/21), https://www.aljazeera.com/news/2021/1/19/holdindigenous-man-faces-10-years-for-facebook-comments-during-b (statement of Johnathan Michael Yellick, longtime friend of Loren Reed).

Despite little or no experience, Loren's goal was to organize a protest in his hometown.  To that end, he also started a private chat session on Facebook.  Many people engaged in back in forth during the chat.  In the chat individuals engaged in vigorous debate over, among other things, the relative merits of peaceful vs. non-peaceful protest.  There was also a lot of talk about law-enforcement, and whether "All Cops Are Bastards" because even the officers that

do not perpetrate violence against citizens, do not speak up or intervene when misconduct occurs.

During that chat, Loren expressed a desire to engage in *peaceful protests*. *See, e.g.,* ("They want us to riot during curfew so they can do anything they want to us during the *protest*.")(emphasis added); *Government Discovery (Facebook Subpoena)*(hereinafter "*Govt. Disc.*" at 658 ("Look. All I really want is for them to take off the titles, the gear, the badges, and join the *peaceful side of the protests*. For a few days. Till we get the reform we're so desperate for.")(*emphasis added*); *Id.* at 663 ("If you really were a good cop. You'd *peacefully protest* as one of us with us, no title, bo [sic] badge, just abby [sic].")(*emphasis added*).

Loren also understood, based on reports from across the nation, that any peaceful protest would likely be met with police violence. *Id.* at 1784, ("I am totally down. I really wanna remain peaceful."); *Id.* at 1630 ("It's going to start peaceful, hopefully it stays peaceful. But as soon as gas and bullets are being sprayed I can't really say what will happen next."). Mr. Reeds "shock talk" about wanting to see the courthouse burn, when viewed in proper context, were equivocal, stated in jest, conditional, and most importantly, meant to facilitate open dialogue and debate on social justice and political issues.

During the Facebook exchanges, a former classmate of Loren's, Tavis Peak, a conservative, pro-law enforcement, anti-BLM engaged in a vigorous debate with Loren. At some point, he claimed to be concerned about Loren's well-being. Mr. Peak stated, "Are you okay? You seem distressed. Maybe you should take a social media break. You don't seem very mentally healthy right now." *Govt. Disc.*, at 1019 (Private FB Messages); *see also, Id.* at 2433

4

("Seriously, you seem very distressed. I am worried about you. Take a break."); ("… I am genuinely concerned about your well-being and your current mental state.") *Id.* at 1020.  Shortly thereafter, Mr. Peak called local police.  Mr. Peak did not express concern about statements regarding burning a courthouse.  He did notify police that Mr. Reed was trying to organize "a riot".

After Mr. Peak's report, Page police officers and/or the F.B.I. infiltrated Loren's private chat group using a false identity.[1]  They read his correspondence, apparently conducted surveillance, and eventually arrested him on June 2, 2020, the same day the supposed "riot" was to occur.  When arrested, Loren was on his way to McDonalds.  Police and FBI searched his person, his home, and his car. There is absolutely no evidence that Loren Reed had any plans to burn a candle, let alone a courthouse.  Indeed, the so-called "riot" which had initially been planned for May 31, 2020, but postponed two times for lack of interest, never materialized.

The government then charged Loren Reed with violating 18 U.S.C. § 844(e).  The Indictment alleges that he either "willfully made a threat" to "unlawfully damage and destroy the Page Magistrate Court building by means of fire, or that he, "alternatively, maliciously conveyed false information knowing the same to be false, concerning an attempt and alleged attempt being made, and to be made," to burn the courthouse.  His only alleged crime is uttering words on a private Facebook chat session.

---

[1] Recently, a story broke on the local ABC affiliate that local Arizona police departments engaged in a coordinated effort to gather intelligence on local Black Lives Matter protestors throughout the past year. *See Valley Police Departments, FBI gathered intel on BLM Protestors*, March 19, 2021 (https://www.abc15.com/news/local-news/investigations/protest-arrests/valley-police-departments-fbi-gathered-intel-on-blm-protesters).

B. *Federal Government Response to George Floyd Protests*

As stated, this all occurred at the exact same time protests were happening across the country (and also internationally) after the murder by Minneapolis police of an African American man, George Floyd.  The former president, chief law enforcement executive, in charge of the Department of Justice and other federal agencies, ordered his law enforcement agencies to "dominate" individuals protesting issues of racial justice and police brutality and called for their incarceration for "ten years". *See, e.g., Trump Tells Governors to 'Dominate' Protesters, 'Put Them In Jail For 10 Years'*, Forbes (June 1, 2000) (https://www.forbes.com/sites/mattperez/2020/06/01/trump-tells-governors-to-dominate-protesters-put-them-in-jail-for-10-years/?sh=37a768e913fb).  The former president stated, "You've got to arrest people, you have to track people, you have to put them in jail for 10 years and you'll never see this stuff again." *See, e.g., Id*.   The former president further stated, "*It's a movement,* if you don't put it down it will get worse and worse."  *E.g., Id*.

The former president, who controlled the Justice Department and FBI who enforced and prosecuted these charges, focused his comments on the Black Lives Matter (BLM) movement, and the supposed "left wing" organization called "Antifa".  In other words, the former president ordered the selective enforcement and prosecution against groups based on their speech, their political beliefs, their political affiliations, and likely their race. Of course, a conviction under 18 U.S.C. § 844(e) carries a penalty of ten years in prison.

. . .

6

### C. Government's Very Different Response to Social Media Speech of Proud Boys, Oath Keepers, White Supremacists, and Trump Supporters Protesting a Supposedly Stolen Election.

On January 6, 2021, America witnessed a horrific attack on our Nation's Capital. The attack was coordinated by Trump supporters (arguably Trump himself) with the goal of overturning the 2020 presidential election. The crowd was expressing their beliefs that the presidential election was stolen, and that they were doing their patriotic duty. The crowd was almost exclusively white. The crowd consisted of organized groups espousing white supremacist, white nationalist, and pro-Trump ideology. One man was proudly wearing a "Camp Auschwitz" sweatshirt, mocking the murder of six million Jews in the holocaust. *See, e.g., Man in 'Camp Auschwitz' shirt, photographed at U.S. Capitol riot, arrested in Virginia*, NBC News (Jan. 13, 2021)( https://www.nbcnews.com/news/us-news/man-camp-auschwitz-shirt-photographed-u-s-capitol-riot-arrested-n1254070). Others shouted racial slurs at African American Capitol Police Officers. *See*, *Black Police Officers Describe The Racist Attacks They Faced As They Protected The Capitol,* Buzzfeed News (Jan. 9, 2021)( https://www.buzzfeednews.com/article/emmanuelfelton/black-capitol-police-racism-mob). People died and were horribly injured, including several law-enforcement officers. Trump supporters defecated on the floor and rubbed feces on the wall. Members of Congress were in fear for their lives, the lives of their staff, and in some cases, the lives of their family that day.

Of course, a new administration is now in place and prosecutions for the conduct that occurred on January 6, 2020 are now in full swing. More telling however, was the deafening silence of the former administration when this violent attack was being *openly planned* on social media sites such as "Parlor". It is no surprise that federal law enforcement did nothing to arrest or prosecute those

7

making open threats on these social media sites.  The former president's Justice Department had been implementing selective enforcement and prosecution of individuals who were political ("MAGA") supporters, and almost exclusively white men, throughout his term of office.

Time and time again under the former administration, officials and individuals with far greater privilege, platform, and influence than Loren Reed have uttered violent, threatening, and inciting speech on social media and other traditional media platforms, with *no criminal consequence*. For example:

- Roger Stone, a white male and longtime political ally of the former president, while on release pending trial, tweets a picture of his trial judge's face with gun sights on it. (https://www.buzzfeednews.com/article/ryanmac/roger-stone-instagram-judge-photo);

- Trump lawyer/supporter and white male Joe DiGenova says Chris Krebs, former head of CISA, should be "drawn and quartered. Taken out at dawn and shot" on Newsmax TV. (https://www.bloomberg.com/news/articles/2020-12-08/trump-lawyer-is-sued-after-saying-cyber-official-should-be-shot);

- Steve Bannon, a white male and Trump supporter, threatened FBI Director Christopher Wray and Dr. Anthony Fauci with *beheading*.  He said, "I'd actually like to go back to the old times of Tudor England. I'd put the heads on pikes. I'd put them at the two corners of the White House as a warning to federal bureaucrats… You either get with the program or you're gone — time to stop playing games.. Blow it all up." https://www.huffpost.com/entry/steve-bannon-anthony-fauci-christopher-wray-head-on-pikes_n_5fa47a2cc5b64c88d3fe9d67.  Bannon was also on federal pre-trial release at the time he made those threats. Notably, there's a

- video circulating from the January insurrection where a rioter is screaming "heads on pikes!".

- Lin Wood, another Trump-aligned attorney, also a white male, said on Parlor, "Get the firing squads ready. Pence goes FIRST" during the January 6th storming of the capital. Even the right-wing Parlor App found this a bridge too far and took the comments down. (https://www.cnn.com/2021/01/09/politics/parler-lin-wood-mike-pence/index.html);

- Radio personality, Trump supporter, and white male, Alex Jones made an unsubtle threat to murder President Biden, when he declared at a Trump rally, "I don't know who is going to the White House in 38 days, but I know this-- Joe Biden is a globalist and he will be removed one way or another." (https://www.independent.co.uk/news/world/americas/us-politics/alex-jones-arrest-biden-speech-trump-b1773646.html);

- Arizona's Rep. Paul Gosar's own brother thinks his incendiary words to the "Oath Keepers" involved in the capital raid were "treasonous". (https://www.abc15.com/news/region-phoenix-metro/central-phoenix/brother-thinks-congressman-paul-gosar-committed-treason-in-capitol-riot). According to the Anti-Defamation League, the Oath Keepers goal is to "spread the anti-government ideology of the militia movement among, and to seek recruits from, former and active-duty military personnel, law enforcement officers and first responders." https://www.adl.org/resources/glossary-terms/oath-keepers

The speech of these men and many others like them, *all of which appear to have been made with impunity*, was taken quite seriously by the listeners and the intended targets of the threats.

What is most relevant to this inquiry is the fact that these insurrectionists *openly plotted, planned, and threatened* violence on, among other place, the

Parlor social media platform.  Unlike the speech at issue in this case, the threats on Parlor were often made publicly, to a much larger audience, and apparently none of the language used there was treated as criminal speech.  It took actual bloodshed at the Capitol to result in any criminal consequences for people who openly issued the following threats:

- "Fry'em up. The whole fkn crew. #pelosi #aoc #thesquad #soros #gates #chuckschumer #hrc #obama #adamschiff #blm #antifa we are coming for you and you will know it."

- "#JackDorsey ... you will die a bloody death alongside Mark Suckerturd [Zuckerberg].... It has been decided and plans are being put in place. Remember the photographs inside your home while you slept? Yes, that close. You will die a sudden death!"

- "We are going to fight in a civil War on Jan.20th, Form MILITIAS now and acquire targets."

- "On January 20th we need to start systematicly [sic] assassinating [sic] #liberal leaders, liberal activists, #blm leaders and supporters, members of the #nba #nfl #mlb #nhl #mainstreammedia anchors and correspondents and #antifa. I already have a news worthy event planned."

- "Shoot the police that protect these shitbag senators right in the head then make the senator grovel a bit before capping they ass."

- "After the firing squads are done with the politicians the teachers are next."

- "Death to @zuckerberg @realjeffbezos @jackdorsey @pichai."

- "White people need to ignite their racial identity and rain down suffering and death like a hurricane upon zionists."

- "Put a target on these motherless trash [Antifa] they aren't human taking one out would be like stepping on a roach no different."

- " "We need to act like our forefathers did Kill [Black and Jewish people] all Leave no victims or survivors."

- "We are coming with our list we know where you live we know who you are and we are coming for you and it starts on the 6th civil war... Lol if you will think it's a joke... Enjoy your last few days you have."

- "This bitch [Stacey Abrams] will be good target practice for our beginners."

- "This cu** [United States Secretary of Transportation Elaine Chao] should be... hung for betraying their country."

- "Hang this mofo [Georgia Secretary of State Brad Raffensperger] today."

- "HANG THAt N***** ASAP"
*See,* https://gizmodo.com/amazon-court-filing-includes-chilling-death-threats-pub-1846048394

In a recent revelation in the New York Times, the social media site hosting the majority of these vile threats, Parler, says it warned the F.B.I. about the threats before the January 6th riot. *Parler Says It Sent the F.B.I. Posts About Threats to the Capitol Ahead of Jan. 6*, New York Times, March 25, 2001. (https://www.nytimes.com/2021/03/25/us/parler-fbi-capitol-attack.html). Indeed, Parler claims it had been working with law enforcement as early as November 2020, "to identify possible illegal activity," including "specific threats to the Capitol". *Id.* Parler further states it "referred violent content from its platform to the F.B.I. for investigation *over 50 times*," during that period, including "specific threats of violence being planned at the Capitol." *Id.* (emphasis added). To counsel's knowledge, no one was ever arrested or prosecuted for making these well-documented online threats that ended in very real violence and property destruction. Indeed, the former president still refuses to condemn his political

supporters who participated in the insurrection, claiming that there was "zero threat" and some were simply "hugging and kissing" Capitol police officers. *Statement from Former President on CNN*, https://www.youtube.com/watch?v=LTM9uqeDFqM.

## II. LAW AND ARGUMENT.

### A. Selective Prosecution & Selective Enforcement.

Government officials may not enforce criminal statutes in a discriminatory or selective fashion. The basic principle was stated long ago in *Yick Wo v. Hopkins*, 118 U.S. 356 (1886). There, the Supreme Court stated, "[t]hough the law itself be fair on its face and impartial in appearance, yet, if it is applied and administered by public authority with an evil eye and an unequal hand, so as practically to make unjust and illegal discriminations between persons in similar circumstances, material to their rights, the denial of equal justice is still within the prohibition of the Constitution." 118 U.S. at 373-74. Generally, courts are reluctant to second-guess a prosecutor's discretion in choosing which cases to prosecute. *United States v. Armstrong*, 517 U.S. 456, 464-65 (1996). Consequently, "[t]o establish a claim of selective prosecution, a defendant must show both discriminatory effect and discriminatory purpose." *Id.* at 458.

One could credibly argue that the term *res ipsa loquitor* applies here, as the disparate treatment based on race, political ideology, and support of the former president speaks for itself. However, one need not speculate as to whether discriminatory effect and purpose are at play here. Indeed, the former president made no secret as to the desired and purpose and effect for disparate and unconstitutional treatment of BLM protestors vs. election fraud insurrectionists

and other of his high-profile supporters—his goal was to quell a political "movement" and to "dominate" BLM protestors and their allies.  There can be no more insidious form of discrimination than selective law enforcement or prosecution of American citizens based on race, national origin, political ideologies, and political affiliations.

### B. Mr. Reed is Entitled to Discovery to Further Bolster His Claims of Selective Enforcement and Selective Prosecution.

In order for a defendant to be entitled to discovery to support a claim of selective prosecution, the defendant must make a showing that "the Government has failed to prosecute others who are similarly situated to the defendant" as evidence of discriminatory effect. *United States v. Sellers*, 906 F.3d 848 (9th Cir. 2018)(citing *Armstrong*, 517 U.S. at 469).  The claim of "selective prosecution" is different than the claim of "selective enforcement". *Sellers,* 906 F.3d 852-53.  This has to do with the conduct of law enforcement agents, not prosecutors.  The Ninth Circuit makes it clear that, "agents of the ATF and FBI are not protected by a powerful privilege or covered by a presumption of constitutional behavior." *Id*. at 853.  Thus, although the standard for selective prosecution tends to be more "rigorous", no such standard exists when it comes to selective actions of law enforcement. *Id*.

Mr. Reed has already made a compelling prima facia case of selective law enforcement and selective prosecution.  He has every reason to believe that further discovery will further solidify his clear-cut claim of disparate treatment based on race, political belief, and political affiliation.  Consequently, Mr. Reed respectfully requests that this Court enter an order requiring the government to disclose the following:

1) **Any directive (written, electronic, or otherwise) to local law enforcement agencies by any federal government office or official during Trump administration, concerning the surveillance, arrest, prosecution, and other tactics to be employed against those involved in protest during and after the George Floyd/BLM protests;**

2) **Any and all correspondence between local and federal law enforcement concerning surveillance of BLM protestors, or anyone engaging in speech including "All Cops are Bastards" ("ACAB"). before, during and after his June 2, 2020 arrest;**

3) **Any and all correspondence between local and federal law enforcement concerning Loren Reed before, during and after his June 2, 2020 arrest;**

4) **Any directive (written, electronic, or otherwise) from any federal government office or official to local *federal* law enforcement agents concerning the treatment, surveillance, and arrest of protestors or those planning or organizing protests in the wake of the George Floyd killing;**

5) Any correspondence (written, electronic, or otherwise) or notes regarding same between the United States Department of Justice and the United States Attorney's office for the District of Arizona concerning the surveillance, arrest, and prosecution of Loren Reed;

6) **Any FBI 302 reports generated, and any written or electronic correspondence sent to any federal law enforcement entity, concerning warnings of threats, including threats of violence or property destruction planned for January 6, 2021 Capitol protests, or any other date specific, received by federal law enforcement**

**from the Parler Social Media application between the period of November 1, 2020 and January 6, 2021;**

7) **Any FBI 302 reports generated, and any written or electronic correspondence sent to any federal law enforcement entity, concerning warnings of threats, including threats of violence or property destruction planned for January 6, 2021 Capitol protests, or any other date specific, received by federal law enforcement from *any other* Social Media application, including but not limited to, Twitter and Facebook, between the period of November 1, 2020 and January 6, 2021;**

8) **Any FBI 302 reports generated, and any written or electronic correspondence sent to any federal law enforcement entity, concerning warnings of threats, including threats of violence or property destruction planned for January 6, 2021 Capitol protests, or any other date specific, received by federal law enforcement from any source (not necessarily involving social media platforms, but rather concerned citizens, anonymous tips, and the like) between the period of November 1, 2020 and January 6, 2021;**

9) **Every case during the Trump presidency where an individual was arrested or prosecuted pursuant to 18 U.S.C. § 844 or any other federal "threats" statute; and**

10) **Any policy or directive allowing FBI to infiltrate or monitor private internet communications without a search warrant.**

### III. CONCLUSION.

Anyone objectively looking at this case would have a hard time justifying how the long list of violent, incendiary language by angry white males protesting a fake stolen election on social media goes unpunished, but the equivocal, joking, anguished, and perhaps inartfully chosen words of a young Navajo male, crying out for justice and social change is dealt with the full force of authority. Loren Reed recently turned 27-years-old while sitting in jail, awaiting trial on this indictment. He has served over ten months of pre-trial incarceration and now faces additional time and a felony conviction that will impact his entire future. It is time now for the F.B.I., local law enforcement and the Department of Justice to answer for these disparities.

Respectfully submitted: April 2, 2021.

DOUGLAS A. PASSON
Law Offices of Doug Passon, PC

 _s/ Douglas A. Passon_
DOUGLAS A. PASSON
Attorney for the Defendant

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  |                                                                 |
| 2  |                                                                 |
| 3  | Copy of the foregoing transmitted                               |
| 4  | by ECF for filing April 2, 2021, to:                            |
| 5  | CLERK'S OFFICE                                                  |
| 6  | United States District Court                                    |
|    | Sandra Day O'Connor Courthouse                                  |
| 7  | 401 W. Washington                                               |
| 8  | Phoenix, Arizona 85003                                          |
| 9  | DAVID PIMSNER                                                   |
| 10 | KEVIN HAKALA                                                    |
| 11 | Assistant U.S. Attorney                                         |
|    | United States Attorney's Office                                 |
| 12 | Two Renaissance Square                                          |
| 13 | 40 N. Central Avenue, Suite 1200                                |
|    | Phoenix, Arizona 85004-4408                                     |
| 14 |                                                                 |
| 15 |                                                                 |
| 16 |                                                                 |
| 17 | Copy mailed to:                                                 |
| 18 | LOREN REED                                                      |
| 19 | Defendant                                                       |
| 20 |                                                                 |
| 21 |                                                                 |
| 22 |                                                                 |
| 23 |                                                                 |
| 24 |                                                                 |
| 25 |                                                                 |
| 26 |                                                                 |
| 27 |                                                                 |
| 28 |                                                                 |