**United States District Court**
for
District of Arizona

☒ FILED ☐ LODGED
**Jun 01 2021**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

U. S. A. vs. Loren Reed
Docket No. CR-20-08098-SPL-1
AUSA: Kevin Charles Hakala and David A. Pimsner
Defense Attorney: Douglas Andrew Passon

**T-SEALED**

CR-20-8098-01-PCT-SPL

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **MATTHEW M. SZMYTKE**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Loren Reed</u>, who was released by the Honorable Steven P. Logan sitting in the Court at Phoenix, on the 5th day of May, 2021, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATIONS:**

1) **The defendant shall not commit any federal, state or local crime.**

   On May 31, 2021, the defendant was arrested by the Page Police Department for Disorderly Conduct.

2) **The defendant shall consume no alcohol. The defendant shall participate in alcohol treatment and submit to alcohol testing, and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

   On May 31, 2021, the defendant consumed alcohol.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_/s/ Matthew Szmytke_
Matthew M. Szmytke
Intensive Supervision Specialist

May 31, 2021
**Date**

cc: USPTS

Page 2
RE: Loren Reed
May 31, 2021

**Reviewed by**

_[signature: Mel Hernandez]_  May 31, 2021
Melesio Hernandez                    Date
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered ~~this 31x day of May 2021 and ordered~~ filed and made a part of the records in the above case.

_[signature: Steven P. Logan]_                    June 1, 2021
The Honorable STEVEN P. LOGAN
U.S. District Judge