# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LOREN REED,<br><br>　　　　Defendant | CR-20-08098-PCT-SPL (ESW)<br><br>**ORDER ON MOTION TO CONSOLIDATE** |

　　　　Upon motion of the defendant and no objection from the Government and good cause appearing,

　　　　IT IS ORDERED granting the defendant's Motion to Consolidate pretrial violation hearing and sentencing hearing in this matter, for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare.

　　　　This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

　　　　This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED consolidating the pretrial violation and sentencing hearings to occur on July 19, 2021 at 3:00PM.

The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ to _____.