GLENN B. McCORMICK
Acting United States Attorney

DAVID A. PIMSNER
KEVIN C. HAKALA
Assistant U.S. Attorneys
District of Arizona
Arizona State Bar No. 007480
Colorado State Bar No. 41335
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: david.pimsner@usdoj.gov
Email: kevin.hakala@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                     Plaintiff,<br><br>     vs.<br><br>Loren Reed,<br><br>                     Defendant. | CR-20-08098-PCT-SPL (ESW)<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

The United States, by and through undersigned counsel, respectfully submits this memorandum and requests that the Court accept the parties' plea agreement (Doc. 73) and sentence the defendant in accordance with its terms.

On May 5, 2021, the defendant pleaded guilty to Count 1 of the Indictment charging the defendant with a violation of 18 U.S.C. § 844(e), Threatening to Damage and Destroy a Building by Means of Fire, a Class C felony offense. The defendant also pleaded guilty to an Information charging the defendant with a violation of 21 U.S.C. § 844(a), Simple Possession of Marijuana, a Class A misdemeanor offense. The parties' agreement stipulates that, among other things, the Court shall defer the sentencing for Count 1 of the Indictment for a period of two years, subject to certain conditions. (Doc. 73, pg. 3, ln. 14.)

One of these conditions is that the defendant shall participate in a mental health treatment program, including mental health counseling, and comply with all treatment requirements. The need for this condition is evidenced by the defendant's mental health history and poor performance on pretrial release. The letters of support and other information provided by defense counsel indicate that the defendant has the framework in place to be successful if only he chooses to take advantage of the resources at his disposal.

Even though the defendant apparently violated his pretrial release conditions,[1] the government does not believe the violation, which occurred prior to the Court's acceptance of the plea agreement and the imposition of the deferred sentence, should invalidate the plea agreement. Accordingly, the government requests the Court accept the plea agreement and give the defendant one opportunity on deferred sentencing to comply the extensive terms of release, including mental health conditions, which he is in obvious need of.

Respectfully submitted this 16th day of July, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

 s/David A. Pimsner
DAVID A. PIMSNER
KEVIN C. HAKALA
Assistant U.S. Attorneys

---

[1] The defendant is scheduled for a pretrial release violation hearing at the time of sentencing.

## CERTIFICATE OF SERVICE

I hereby certify that on 16th day of July, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Douglas Passon

   *s/TAH*
U.S. Attorney's Office