**United States District Court**
for
**District of Arizona**

☒ FILED   ☐ LODGED

**Oct 04 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**U. S. A. vs. Loren Reed**
**Docket No. CR-20-08098-001-SPL**
**AUSA: Kevin Charles Hakala**
**Defense Attorney: Douglas Andrew Passon**

**T-SEALED**

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **MATTHEW M. SZMYTKE**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Loren Reed</u>, who was released by the Honorable Steven P. Logan sitting in the Court at Phoenix, on the 21st day of September, 2021, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**The defendant shall consume no alcohol. The defendant shall participate in alcohol treatment and submit to alcohol testing, and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

On or about September 30, 2021, the defendant consumed alcohol.

**The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

On October 1, 2021, the defendant submitted a urine sample which tested presumptive positive for cocaine.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

Page 2
RE:  Loren Reed
October 4, 2021

_Matthew Szmytke_ (signature)  
Matthew M. Szmytke  
Intensive Supervision Specialist

October 4, 2021  
**Date**

**Reviewed by**

_Mel Hernandez_ (signature)  
Melesio  Hernandez  
Supervisory U.S. Pretrial Services Officer

October 4, 2021  
**Date**

### ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a warrant.  Considered and ordered this 4 day of October, 2021, and ordered filed and made a part of the records in the above case.

_Steven P. Logan_ (signature)

**The Honorable STEVEN P. LOGAN**  
**U.S. District Judge**

cc: PROB/PTS