GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID A. PIMSNER
Arizona State Bar No. 007480
KEVIN C. HAKALA
Colorado State Bar No. 41335
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: david.pimsner@usdoj.gov
Email: kevin.hakala@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-08098-PCT-SPL |
| Plaintiff, | |
| vs. | **MOTION TO DISMISS INDICTMENT AND INFORMATION** |
| Loren Reed, | |
| Defendant. | |

The United States of America, by and through its attorney undersigned, hereby moves the court for an order pursuant to Fed. R. Crim. P. 48(a), dismissing the Indictment and Information in this matter without prejudice for the following reasons.

On September 29, 2020, the defendant was indicted on Count 1, Threats to Damage and Destroy a Building by Means of Fire, a violation of 18 U.S.C. § 844(e) (Doc. 22). On May 5, 2021, the defendant pled guilty to Count 1 of the Indictment and to Count 1 of an Information for a violation of 21 U.S.C. § 844(a), Simple Possession of Marijuana, a Class A misdemeanor offense. The parties' agreement stipulated that, among other things, the Court shall defer the sentencing for Count 1 of the Indictment for a period of two years, subject to certain conditions. (Doc. 73, Pg. 3, Ln. 14.)  On July 19, 2021, this Court accepted the terms of the plea agreement and deferred sentencing until July 18, 2022, subject to supervision by Pretrial Services (Doc. 100).

The defendant has been on deferred sentencing for approximately 18 months of his two-year deferment. Although the defendant got off to a rocky start due to drug use, he has since completed programs with Working Alternatives Inc. and Community Bridges Inc., for substance abuse and mental health treatment services (Doc. 121). He has since submitted negative urinalysis and no apparent violations of his conditions of pretrial release have been noted (Doc. 121). After consultation with his supervising Pretrial Services Officer, the government has elected to move to Dismiss Count 1 of the Indictment consistent with the terms of the plea agreement. In light of the proclamation, on October 6, 2022, by President Biden to pardon all simple marijuana convictions,[1] the government also moves to dismiss Count 1 of the Information.

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 19th day of January, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

 *s/David A. Pimsner*
DAVID A. PIMSNER
KEVIN C. HAKALA
Assistant U.S. Attorneys

---

[1] https://www.justice.gov/pardon/presidential-proclamation-marijuana-possession#:~:text=Presidential%20Proclamation%20on%20Marijuana%20Possession%20On%20October%206%2C,apply%20to%20convictions%20under%20state%20or%20local%20law.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Doug Passon

_s/Theresa Hanson_
U.S. Attorney's Office